| | | |
|---|---|---|
| CAAP–12–00 00817 | Sau Wan Sin v. Fung | Dismissed |

### June 18, 2015

| | | |
|---|---|---|
| CAAP–12–00 00605, CAAP–12–00 00798 | State v. Ragragola-Lenchanko | Vacated and Remanded |

### June 22, 2015

| | | |
|---|---|---|
| CAAP–14–00 00776 | State v. Rivera | Reversed |
| CAAP–14–00 00589 | Wells Fargo Bank, Nat. Ass'n v. Embernate | Affirmed |

### June 24, 2015

| | | |
|---|---|---|
| CAAP–14–00 00433 | Csaszar v. Med-Quest Div. | Affirmed |
| CAAP–13–00 00009 | Ronwill, Inc. ex rel. JL Realty Inc. v. Palmer | Affirmed |
| CAAP–14–00 00838 | State v. Allen | Affirmed |

### June 25, 2015

| | | |
|---|---|---|
| CAAP–13–00 00047 | Conklin v. Flood | Vacated and Remanded |
| CAAP–14–00 00817 | Crabbe v. State | Affirmed |
| CAAP–14–00 00425 | Dung v. Ching | Affirmed |
| CAAP–14–00 01192 | Seung Ye Choi v. Fajardo | Affirmed |
| CAAP–13–00 02124 | State v. Monroe | Affirmed |

### June 26, 2015

| | | |
|---|---|---|
| CAAP–11–00 01060 | Selvage v. Moire | Affirmed |
| CAAP–13–00 00829 | State v. Tario | Affirmed |